**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRINA RAY, individually, and on behalf of others similarly situated, *Plaintiff-Appellee*, v. COUNTY OF LOS ANGELES, *Defendant-Appellant.* | No. 17-56581 D.C. No. 2:17-cv-04239-PA-SK |
| TRINA RAY; SASHA WALKER, individually, and on behalf of all others similarly situated, *Plaintiffs-Appellants*, v. LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, Erroneously Sued As County of Los Angeles, *Defendant-Appellee.* | No. 18-55276 D.C. No. 2:17-cv-04239-PA-SK ORDER |

Filed October 8, 2019

Before:  Kim McLane Wardlaw and Mark J. Bennett, Circuit Judges, and Kathleen Cardone,* District Judge.

Order

## **ORDER**

The opinion filed on August 22, 2019 is amended as follows:

On page six of the opinion, in the paragraph beginning "As employers of the homecare providers," replace <As employers of the homecare providers, the State and County> with <Assuming, without deciding, the State and County are employers of the homecare providers, they>.

With this amendment, the panel votes to deny the appellant's petition for panel rehearing.  [Dkt. 51] Judges Wardlaw and Bennett vote to deny the appellant's petition for rehearing en banc [DKT No. 51], and Judge Cardone so recommends.  The full court has been advised of the petition for rehearing en banc, and no active judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.  The petition for panel rehearing and rehearing en banc is therefore **DENIED**.  No further petitions for panel or en banc rehearing shall be permitted.

**IT IS SO ORDERED.**

---

\* The Honorable Kathleen Cardone, United States District Judge for the Western District of Texas, sitting by designation.